**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CHRISTOPHER ROBINSON**                                      **PLAINTIFF**
**ADC #164517**

v.                 **CASE NO: 5:16-CV-00301 BSM**

**LIEUTENANT D. THOMAS
and SERGEANT TAYLOR**                                      **DEFENDANTS**

## ORDER

The proposed findings and recommendation [Doc. No. 4] submitted by United States Magistrate Judge Patricia S. Harris has been received, and it is adopted in its entirety.

After submitting an incomplete *in forma pauperis* application, plaintiff Christopher Robinson, on September 28, 2016, was given 30 days to either pay his filing fee or file a fully completed and signed *in forma pauperis* application. *See* Doc. No. 3. On November 28, 2016, 60 days later, dismissal was recommended for failure to prosecute. *See* Doc. No. 4. Robinson filed a second *in forma pauperis* application [Doc. No. 7] on December 7, 2016.

Robinson's second application has not cured his deficiency. Instead, it contains inaccurate information regarding his prisoner account activity, as demonstrated by Robinson's notice of filing of account balance sheet [Doc. No. 5], and it contains Robinson's own signature instead of that of an authorized official.

Accordingly, the proposed findings and recommendation [Doc. No. 4] is adopted, Robinson's motion for leave to proceed *in forma pauperis* [Doc. No. 7] is denied, and

Robinson's complaint is dismissed without prejudice. It is further certified that an *in forma pauperis* appeal would not be taken in good faith.

    IT IS SO ORDERED this 24th day of January 2017.

                                                      */s/ Brian S. Miller*
                                              UNITED STATES DISTRICT JUDGE